UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| IN RE MOTION TO QUASH | ) ) ) Case No. 22-mc-04-CBG ) ) |

## ORDER

Now before the Court is Northeastern Oklahoma Community Health Care, Inc.'s Motion to Quash (Doc. No. 1), seeking to quash a subpoena issued by Defendant Aaron Richard Eubanks in *United States v. Eubanks*, Case No. 21-CR-222-CBG, currently pending before this Court in the Eastern District of Oklahoma.

Defendant shall respond to the Motion to Quash no later than 3:00 pm on July 27, 2022.

IT IS SO ORDERED this 26th day of July, 2022.

_____
CHARLES B. GOODWIN
United States District Judge